

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH HARRIS<br>Plaintiff | CIVIL ACTION NO. 06-1465<br>Section "P" |
| -vs- | JUDGE DRELL |
| ALPHONSE PACHECO, et al.<br>Defendants | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Harris' claim against Bernard Roger be DISMISSED WITHOUT PREJUDICE for failure to effect service and failure to prosecute.

IT IS FURTHER ORDERED that Clark's motion to dismiss for failure to exhaust is DENIED; defendants Pacheco, Ferguson and Sgt. Bordelon's motion for summary judgment be GRANTED; and Harris' action against Alphonse Pacheco, Debra Ferguson, Patrick Bordelon, Murphy Clark, Duncan Wilson, and William Bordelon be DISMISSED WITH PREJUDICE.

SIGNED on this 19 day of October, 2007, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE